UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAITLYN G. LIPSCHITZ,

                Plaintiff,

– against –

ARIEL R. HANOVER, THOMAS GODZICH, *and* DEBRA J. RYKOFF,

                Defendants.

**ORDER**

25-cv-06535 (ER)

RAMOS, D.J.:

    This action was removed from Supreme Court, County of Onondaga to the U.S. District Court, Southern District of New York on August 8, 2025. Doc. 1. However, Onondaga County is not within the Southern District of New York, and "any civil action brought in a [s]tate court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C.A. § 1441. Accordingly, because the action was improperly removed to this District, the Court remands this action to Supreme Court, County of Onondaga.

    It is SO ORDERED.

Dated:    September 11, 2025
            New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.